## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:23-mj-00009-GMH ) |
| KYLER J. BARD, | ) ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

COMES NOW Joseph Passanise & Taylon Sumners of WAMPLER & PASSANISE, and respectfully makes their Entry of Appearance herein for and on behalf of Defendant, Kyler Bard.

Respectfully Submitted

　　　/s/Joseph Passanise　　　
JOSEPH S. PASSANISE, MO Bar #46119
TAYLON M. SUMNERS, MO Bar #73114
Attorneys for Defendant

WAMPLER & PASSANISE
LAW OFFICE
Attorneys at Law
2974 E. Battlefield
Springfield, MO  65804
joe@deewampler.com
taylon@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

### Certificate of Service

I hereby certify that on March 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Government.

　　　/s/Joseph Passanise　　　
Joseph S. Passanise
Taylon Sumners
Attorneys at Law